PER CURIAM.

(No. 75-CC-922— )

MINE SAFETY APPLIANCE CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed April 16, 1975.*

MINE SAFETY APPLIANCE CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.